## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JAMILA N. BRANCH, | |
| Plaintiff, | Case No.: 4:19-cv-04654 |
| v. | |
| | Honorable Judge Charles Eskridge |
| RECEIVABLES MANAGEMENT PARTNERS, LLC, | |
| Defendant. | |

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Jamila N. Branch (the "Plaintiff") and Receivables Management Partners, LLC (the "Defendant"), hereby notify the Court the parties have reached settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: January 22, 2020            Respectfully submitted,

                                                s/ Alexander J. Taylor
                                                Alexander J. Taylor, Esq. #6327679
                                                *Counsel for Plaintiff*
                                                Sulaiman Law Group, Ltd.
                                                2500 Highland Avenue, Suite 200
                                                Lombard, Illinois 60148
                                                (630) 575-8181 (phone)
                                                (630) 575-8188 (fax)
                                                ataylor@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020 I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
