United States District Court
Southern District of Texas
**ENTERED**
January 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMILA N. BRANCH, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-04654 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RECEIVABLES | § | |
| MANAGEMENT | § | |
| PARTNERS LLC, | § | |
| Defendant. | § | |

## ORDER

The parties have provided notice of settlement of their dispute. Dkt 16.

This case is DISMISSED WITH PREJUDICE.

Plaintiff Jamila N. Branch may move within sixty days to reinstate her claims against Defendant Receivables Management Partners LLC if approval of documentation or condition precedent fails.

Signed on __01/29/2020__, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge